**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Ricardo Alberto BUELNA,
Defendant—Appellant.**

**No. 03–10445.
D.C. No. CR–02–01000–SRB.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 24, 2004.

David A. Pimsner, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Gail Gianasi Natale, Law Office of Gail Gianasi Natale, Phoenix, AZ, for Defendant–Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

MEMORANDUM**

Ricardo Alberto Buelna appeals his guilty-plea conviction and 70–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Buelna has filed a brief stating there are no grounds for relief, and

a motion to withdraw as counsel of record. Buelna has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.